## CHEATHAM v. PALMER et al.

GILBERT, J.  The petition alleges that by mutual mistake of the parties a deed executed by petitioners to the defendant does not express the intention of the parties to the contract, and prays for reformation of the instrument.  Such petition was not subject to a general demurrer.  Civil Code (1910), § 4567, § 4578; *Green* v. *Johnson*, 153 *Ga.* 738 (4) (113 S. E. 402.)

*Judgment affirmed.  Russell, C. J., Beck, P. J., and Atkinson and Bell, JJ., concur.*

No. 9839.  JANUARY 16, 1934.

*Dekle & Dekle* and *Philip Wellner,* for plaintiff in error.